■ EMI PROGRESSIVE EQUITIES, INC., Appellant, v ALFONSO A. FIGUEROA, Respondent. [821 NYS2d 760]—Order, Supreme Court, Bronx County (Mary Ann Brigantti-Hughes, J.), entered July 11, 2005, which, in an action for specific performance, denied plaintiff's motion for summary judgment, unanimously affirmed, without costs.

An issue of fact exists as to whether plaintiff buyer could, after September 1, 2004, reasonably rely on the express authority to agree to a closing date conferred on defendant seller's attorney in the contract of sale, or otherwise reasonably believe that the seller's attorney continued to have such authority (see Ford v Unity Hosp., 32 NY2d 464, 472-473 [1973]). Such issue is raised by the seller's letter dated September 1, 2004 addressed and hand-delivered to his attorney and, for present purposes, admittedly received by the buyer's attorney on September 1. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL DEJESUS, Appellant. [821 NYS2d 760]—Judgment, Supreme Court, Bronx County (Steven L. Barrett, J.), rendered on or about May 5, 2003, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Catterson, JJ.